**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rafael FLORES–GONZALEZ,**
**Defendant–Appellant.**

**No. 07–10199.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 26, 2007.

Camil A. Skipper, Esq., USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Matthew C. Bockman, FPDCA–Federal Public Defender's Office, Sacramento, CA, for Defendant–Appellant.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

Rafael Flores–Gonzalez appeals from the sentence imposed upon revocation of supervised release. Because Flores–Gonzalez has been released from custody and is not on supervised release, we dismiss his appeal as moot. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

